United States Bankruptcy Court

Western District of Arkansas

In re:                                                                                                     Case No. 22-71034-bmr

Kati Elizabeth Phillips                                    Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0861-5                                    User: admin                                      Page 1 of 2

Date Rcvd: Aug 30, 2022                             Form ID: 309A                                 Total Noticed: 18

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++              Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 01, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kati Elizabeth Phillips, 614 W Cleveland #16, Fayetteville, AR 72701-3271 |
| 5234155 | + | Access Collection Co, P.O. Box 250531, Little Rock, AR 72225-0531 |
| 5234156 | + | Black Hills Energy, P.O. Box 6006, Rapid City, SD 57709-6006 |
| 5234157 | + | Community Clinic, 3162 W. Martin Luther King Blvd, Suites 13 & 14, Fayetteville, AR 72704-7679 |
| 5234159 | ++ | IAN S ENTERPRISE LLC, 9450 SW GEMINI DR #39525, BEAVERTON OR 97008-7105 address filed with court:, Ian's Enterprise, LLC, 9450 SW Gemini Dr. #39525, Beaverton, OR 97008 |
| 5234160 | + | IV Generation Properties, 669 Cliffside Drive, Fayetteville, AR 72701-3813 |
| 5234161 | + | Keith Phillips, 6200 S 4480 Rd, Welch, OK 74369-9542 |
| 5234163 | + | Radiology Associates PA, 609 W Maple Ave, Springdale, AR 72764-5335 |
| 5234164 | + | Scheer, Green, & Burke, Co. L.P.A., P.O. Box 1312, Toledo, OH 43603-1312 |
| 5234165 | + | Siloam Springs Regional Hospital, 603 North Progress Avenue, Siloam Springs, AR 72761-4352 |
| 5234166 | + | South Arkansas Emergency Physicians LLP, 609 W Maple Ave, Springdale, AR 72764-5335 |
| 5234168 | + | The Corporation Company, 1833 S Morgan Rd, Oklahoma City, OK 73128-7004 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: jeide@arlegalaid.org | Aug 30 2022 21:43:00 | Joshua M. Eide, Legal Aid of Arkansas, 1200 Henryetta St, Springdale, AR 72762 |
| tr | + | EDI: BSBOND | Aug 31 2022 01:48:00 | Stanley Bond, Chapter 7 Panel Trustee, &lt;b&gt;Teleconf 877-596-8138 code6138655&lt;/b&gt;, 525 S School Ave, Ste 100, Fayetteville, AR 72701-5976 |
| ust | + | Email/Text: USTPRegion13.LR.ECF@usdoj.gov | Aug 30 2022 21:43:00 | U.S. Trustee (ust), Office of U.S. Trustee, 200 W Capitol, Ste. 1200, Little Rock, AR 72201-3618 |
| 5234167 | | Email/Text: dcsnowden@aep.com | Aug 30 2022 21:43:00 | Southwestern Electric Power Company, P.O. Box 371496, Pittsburgh, PA 15250 |
| 5234162 | + | Email/Text: bkrnotice@prgmail.com | Aug 30 2022 21:43:00 | Paragon Revenue Group, 216 Lephillip Court, Concord, NC 28025-2954 |
| 5234158 | | EDI: USBANKARS.COM | Aug 31 2022 01:48:00 | Elan Financial Services, P.O. Box 108, Saint Louis, MO 63166 |

TOTAL: 6

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0861-5 | User: admin | Page 2 of 2 |
| Date Rcvd: Aug 30, 2022 | Form ID: 309A | Total Noticed: 18 |

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 01, 2022           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 30, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Joshua M. Eide | on behalf of Debtor Kati Elizabeth Phillips jeide@arlegalaid.org |
| Stanley Bond | attybond@me.com ar25@ecfcbis.com,jclark.attybond@icloud.com,lvick.attybond@icloud.com,paralegal.attybond@icloud.com |
| U.S. Trustee (ust) | USTPRegion13.LR.ECF@usdoj.gov Shari.Sherman@usdoj.gov;jackie.a.evatt@usdoj.gov;jill.p.eschbacher@usdoj.gov;mary.b.mansfield@usdoj.gov;kent.h.johnson@usdoj.gov |

TOTAL: 3

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | **Kati Elizabeth Phillips**<br>First Name  Middle Name  Last Name | Social Security number or ITIN   xxx–xx–0874<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Arkansas** | | Date case case filed for chapter  **7   8/26/22** |
| Case number:   **5:22-bk-71034** | | Judge:   **Bianca M Rucker** |

Official Form 309A (For Individuals or Joint Debtors)

**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                    10/20

---

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Kati Elizabeth Phillips | |
| 2. | **All other names used in the last 8 years** | aka Katy Elizabeth Phillips | |
| 3. | **Address** | 614 W Cleveland #16<br>Fayetteville, AR 72701 | |
| 4. | **Debtor's attorney**<br>Name and address | Joshua M. Eide<br>Legal Aid of Arkansas<br>1200 Henryetta St<br>Springdale, AR 72762 | Contact phone 479-739-1416<br>Email:  jeide@arlegalaid.org |
| 5. | **Bankruptcy trustee**<br>Name and address | Stanley Bond<br>Chapter 7 Panel Trustee<br>**Teleconf 877-596-8138 code6138655**<br>525 S School Ave<br>Ste 100<br>Fayetteville, AR 72701 | Contact phone 479-444-0255<br>Email:  attybond@me.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page 1

Debtor **Kati Elizabeth Phillips**      Case number **5:22–bk–71034**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office** <br><br> Documents in this case may be filed in ECF or at one of these addresses. You may inspect all records filed in this case at this office or online at pacer.uscourts.gov. | 300 W. 2nd Street <br> Little Rock, AR 72201 <br> OR <br> 35 E. Mountain St. Rm 316 <br> Fayetteville, AR 72701 | Hours open: <br> 8:00 a.m. – 5:00 p.m. <br><br> Contact phone: 501–918–5500 or 479–582–9800 <br> Date: 8/30/22 |
| **7.** | **Meeting of creditors** <br><br> Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **October 4, 2022 at 10:00 AM** <br><br> The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. <br><br> **\*\*\* Valid photo identification and proof of social security number required \*\*\*** | Location: <br><br> **341a Telephonic Meeting, (use the Teleconf number, shown in trustee's address above)** |
| **8.** | **Presumption of abuse** <br><br> If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines** <br><br> The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** <br><br> **You must file a complaint:** <br> • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or <br> • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). <br><br> **You must file a motion:** <br> • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 12/5/22** |
| | | **Deadline to object to exemptions:** <br> The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. <br><br> **Deadline to object to exemptions in cases converted to Chapter 7:** | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors or within 30 days after any amendment to the list or supplemental schedules is filed, whichever is later. \*\*\*\* <br><br> \*\*\*\***Filing deadline: See Bankruptcy Rule 1019(2)(B).** |
| **10.** | **Proof of claim** <br><br> Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |
| **13.** | **Intent to abandon property** | The trustee may give notice at the meeting of creditors of his/her intent to abandon property unless objections are filed within 15 days. | |