# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0861–5 | User: admin | Date Created: 12/22/2022 |
| Case: 5:22−bk−71034 | Form ID: 318 | Total: 18 |

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee (ust)    USTPRegion13.LR.ECF@usdoj.gov
tr    Stanley Bond    attybond@me.com
aty    Joshua M. Eide    jeide@arlegalaid.org

                                                   TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Kati Elizabeth Phillips    614 W Cleveland #16    Fayetteville, AR 72701
5234155    Access Collection Co    P.O. Box 250531    Little Rock, AR 72225
5234156    Black Hills Energy    P.O. Box 6006    Rapid City, SD 57709
5234157    Community Clinic    3162 W. Martin Luther King Blvd    Suites 13 & 14    Fayetteville, AR 72704
5234158    Elan Financial Services    P.O. Box 108    Saint Louis, MO 63166
5234160    IV Generation Properties    669 Cliffside Drive    Fayetteville, AR 72701
5234159    Ian's Enterprise, LLC    9450 SW Gemini Dr. #39525    Beaverton, OR 97008
5234161    Keith Phillips    6200 S 4480 Rd    Welch, OK 74369
5234162    Paragon Revenue Group    216 Lephillip Court    Concord, NC 28025
5234163    Radiology Associates PA    609 W Maple Ave    Springdale, AR 72764
5234164    Scheer, Green, & Burke, Co. L.P.A.    P.O. Box 1312    Toledo, OH 43603
5234165    Siloam Springs Regional Hospital    603 North Progress Avenue    Siloam Springs, AR 72761
5234166    South Arkansas Emergency Physicians LLP    609 W Maple Ave    Springdale, AR 72764
5234167    Southwestern Electric Power Company    P.O. Box 371496    Pittsburgh, PA 15250
5234168    The Corporation Company    1833 S Morgan Rd    Oklahoma City, OK 73128

                                                   TOTAL: 15